IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00899-ZLW

JAMES R. LAWSON,

    Plaintiff,

v.

JUDGE HERBERT L. STERN, III,
JUDGE FRANK PLAUT,
JUDGE CONNIE PETERSON, and
JUDGE ANTHONY VOLLACK,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 07 2010

GREGORY C. LANGHAM
                CLERK

---

ORDER IMPOSING FILING RESTRICTIONS

---

In an order filed on May 5, 2010, the Court dismissed the instant action and directed Plaintiff, James R. Lawson, to show cause why certain filing restrictions should not be imposed. Mr. Lawson was warned that the specified filing restrictions would be imposed if he failed to show good cause within twenty-one days. Mr. Lawson has failed to show good cause within the time allowed and has failed to respond in any way to the Court's order filed on May 5. Therefore, as discussed in the Court's order filed on May 5, Mr. Lawson will be prohibited from filing any new action in the United States District Court for the District of Colorado without the representation of a licensed attorney admitted to practice in the District of Colorado unless he obtains permission to proceed *pro se*. In order to obtain permission to proceed *pro se*, Mr. Lawson must take the following steps:

1. File with the clerk of this Court a motion requesting leave to file a *pro se* action.

2. Include in the motion requesting leave to file a *pro se* action the following information:

   A. A list of all lawsuits currently pending or filed previously in the District of Colorado, including the name, number, and citation, if applicable, of each case, and the current status or disposition of each case; and

   B. A statement of the legal issues to be raised in the proposed new pleading and whether he has raised the same issues in other proceedings in the District of Colorado. If so, he must cite the case number and docket number where the legal issues previously have been raised.

3. Submit the proposed new pleading to be filed in the *pro se* action.

The motion requesting leave to file a *pro se* action and the proposed new pleading shall be submitted to the clerk of the Court, who shall forward them to the judicial officer designated by the Chief Judge pursuant to D.C.COLO.CivR 8.1C. for review. If the motion requesting leave to file a *pro se* action is denied, the matter will be dismissed. If the motion requesting leave to file a *pro se* action is granted, the case will proceed in accordance with the Federal Rules of Civil Procedure and the Local Rules of Practice of the United States District Court for the District of Colorado-Civil. Accordingly, it is

ORDERED that Mr. Lawson is prohibited from filing any new action in the United States District Court for the District of Colorado without the representation of a licensed attorney admitted to practice in the District of Colorado unless he obtains permission to proceed *pro se* as described in this order. It is

FURTHER ORDERED that the clerk of the Court shall add Mr. Lawson to the list of sanctioned litigants.

DATED at Denver, Colorado, this __7th__ day of __June__, 2010.

BY THE COURT:

_Christine M Arguello_
CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00899-ZLW

James R. Lawson
764 S. Osage Street
PO Box 9758
Denver, CO 80209-0758

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 6/7/10

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk